# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR218-50**   DATE **01/13/2020**
TITLE **USA v. John Buckley**
TIMES **1:02 - 1:30**   TOTAL **28 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**   Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**   Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Jennifer Kirkland | Adrienne Browning | |

PROCEEDINGS : **Sentencing**   ☑ In Court  ☐ In Chambers

Objections - None ; The Court has read and reviewed the sentencing memo as filed by defense. The Court adopts the findings of fact and conclusions of applicable advisory guidelines and Therefore finds total Offense Level 29 / Criminal History IV / Guideline 151-188 Months / 3 years supervised release / $30,000 - $1,000,000 fine / $100 special assessment / No fine / No minimum - maximum 20 year /
Defense Witness Mr. Cartwright 1:05 - 1:10 / Defense witness Ms. Scott 1:10 - 1:11
Defense 1:11 - 1:13 / Government 1:13 - 1:14 / Defendant 1:14 - 1:23
Court - BOP 137 months / 3 years supervised release / no fine / $100 special assessment / standard, special and mandatory conditions of release / recommendation to BOP for drug treatment to include RDAP / FCI Jesup / ineligible for federal benefits for 5 years / DNA sample / no firearms / subject to drug testing and no tampering / subject to searches / appeal waiver.